# United States Court of Appeals
# for the Fifth Circuit

_____

No. 22-70001
_____

Richard Lee Tabler,

*Petitioner—Appellant*,

*versus*

Bobby Lumpkin, *Director, Texas Department of Criminal Justice, Correctional Institutions Division*,

*Respondent—Appellee.*

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 6:10-CV-34
_____

ORDER:

IT IS ORDERED that Appellant's opposed motion to set a schedule to file (1) his motion to expand the grant of a certificate of appealability, the Director's response and any reply, and then, following the Court's decision on any further grant of COA, (2) the brief on the merits, the Director's response, and any reply is DENIED.

No. 22-70001

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT