# United States Court of Appeals
# for the Fifth Circuit

No. 22-70001

Richard Lee Tabler,

*Petitioner—Appellant*,

*versus*

Bobby Lumpkin, *Director, Texas Department of Criminal Justice, Correctional Institutions Division*,

*Respondent—Appellee.*

Appeal from the United States District Court
for the Western District of Texas
USDC No. 6:10-CV-34

ORDER:

IT IS ORDERED that Appellee's opposed motion for clarification is GRANTED. Each side's opening brief shall be no more than 22,500 words (that is, the normal 13,000 words plus an additional 9,500 words).

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT