# United States Court of Appeals for the Fifth Circuit

No. 22-70001

Richard Lee Tabler,

*Petitioner—Appellant*,

*versus*

Bobby Lumpkin, *Director, Texas Department of Criminal Justice, Correctional Institutions Division*,

*Respondent—Appellee.*

Appeal from the United States District Court
for the Western District of Texas
USDC No. 6:10-CV-34

ORDER:

IT IS ORDERED that Appellee's motion for further clarification of the July 6, 2022 order is DENIED.

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT