# United States Court of Appeals
# for the Fifth Circuit

_____

No. 22-70001
_____

Richard Lee Tabler,

                 *Petitioner—Appellant*,

*versus*

Bobby Lumpkin, *Director, Texas Department of Criminal Justice, Correctional Institutions Division*,

                 *Respondent—Appellee.*

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 6:10-CV-34

_____

ORDER:

 IT IS ORDERED that Appellant's unopposed motion for leave to file a reply to the response/opposition to the motion for additional certificate of appealability issues is GRANTED.

        LYLE W. CAYCE, CLERK
        United States Court of Appeals
          for the Fifth Circuit
          /s/ Lyle W. Cayce

    ENTERED AT THE DIRECTION OF THE COURT