# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

April 15, 2024

Scott S. Harris
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130



Re: Richard Lee Tabler
    v. Bobby Lumpkin, Director, Texas Department of Criminal
    Justice, Correctional Institutions Division
    No. 23-7227
    (Your No. 22-70001)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on April 11, 2024 and placed on the docket April 15, 2024 as No. 23-7227.

Sincerely,

**Scott S. Harris**, Clerk

by

Rashonda Garner
Case Analyst